ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 27 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>MALIK KIELL FORTE;<br>JAQUAY JOSEPH; AND<br>TREYVON JOSEPH | Criminal Indictment<br><br>No. 1:22-cr-00215-TWT-JKL<br><br>**(Superseding Indictment)** |

THE GRAND JURY CHARGES THAT:

**BACKGROUND**

At all times relevant to this Indictment:

1. Cardinal Health warehouses bulk amounts of pharmaceutical prescription drugs in Knoxville, Tennessee.

2. The drugs are shipped to a warehouse in Stone Mountain, Georgia where a third-party shipper, Hackbarth Delivery Service, transports the prescription drugs by vehicle to pharmacies throughout the metro Atlanta area.

3. The drugs were not yet available for retail purchase by a consumer.

4. These pharmaceutical drugs travelled through interstate and foreign commerce to arrive in the Northern District of Georgia.

5. The pharmaceutical drugs were expected to be sold to customers and patients at various drug stores and pharmacies within the Northern District of Georgia.

## Count One

*(Conspiracy to Commit Theft*-18 U.S.C. § 670(a)(6))

6. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

7. From in or about March 2021 and continuing through in or about June 2022, in the Northern District of Georgia and elsewhere, the defendants, MALIK KIELL FORTE, JAQUAY JOSEPH, and TREYVON JOSEPH, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and with others known and unknown to the Grand Jury to steal, unlawfully take, and carry away pre-retail medical products, with a value of $5,000 or greater, that is prescription drugs, in and using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 670(a)(6), (a)(1), and (c)(2).

## Count Two

*(Theft of Medical Products*-18 U.S.C. § 670)

8. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

9. On or about June 3, 2021, in the Northern District of Georgia and elsewhere, the defendants, MALIK KIELL FORTE and JAQUAY JOSEPH, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away pre-retail medical products, with a value of $5,000 or greater, that is prescription drugs, in and using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 670(a)(1) and (c)(2) and Section 2.

## Count Three
*(Theft of Interstate Shipments by Carrier- 18 U.S.C. § 659)*

10. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

11. On or about June 3, 2021, in the Northern District of Georgia and elsewhere, the defendants, MALIK KIELL FORTE and JAQUAY JOSEPH, aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away from a vehicle, that is a 2019 Ford Transit Connect, goods and chattels of a value in excess of $1,000, that is pharmaceutical drugs, which were a part of and constituted an interstate and foreign shipment of property, with the intent to convert them to his own use, in violation of Title 18, United States Code, Section 659 and Section 2.

## Count Four
*(Theft of Medical Products-18 U.S.C. § 670)*

12. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

13. On or about July 26, 2021, in the Northern District of Georgia and elsewhere, the defendant, MALIK KIELL FORTE, aided and abetted by others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away pre-retail medical products, with a value of $5,000 or greater, that is prescription drugs, in and using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 670(a)(1) and (c)(2) and Section 2.

### Count Five

*(Theft of Interstate Shipments by Carrier- 18 U.S.C. § 659)*

14. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

15. On or about July 26, 2021, in the Northern District of Georgia and elsewhere, the defendant, MALIK KIELL FORTE, aided and abetted by others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away from a vehicle, that is a Dodge Grand Caravan, goods and chattels of a value in excess of $1,000, that is pharmaceutical drugs, which were a part of and constituted an interstate and foreign shipment of property, with the intent to convert them to his own use, in violation of Title 18, United States Code, Section 659 and Section 2.

### Count Six

*(Theft of Medical Products-18 U.S.C. § 670)*

16. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

17. On or about September 17, 2021, in the Northern District of Georgia and elsewhere, the defendants, MALIK KIELL FORTE and JAQUAY JOSEPH, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away pre-retail medical products, with a value of $5,000 or greater, that is prescription drugs, in and

using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 670(a)(1) and (c)(2) and Section 2.

## Count Seven
*(Theft of Interstate Shipments by Carrier- 18 U.S.C. § 659)*

18. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

19. On or about September 17, 2021, in the Northern District of Georgia and elsewhere, the defendants, MALIK KIELL FORTE and JAQUAY JOSEPH, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away from a vehicle, that is a Chevrolet van, goods and chattels of a value in excess of $1,000, that is pharmaceutical drugs, which were a part of and constituted an interstate and foreign shipment of property, with the intent to convert them to his own use, in violation of Title 18, United States Code, Section 659 and Section 2.

## Count Eight
*(Theft of Medical Products-18 U.S.C. § 670)*

20. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

21. On or about October 15, 2021, in the Northern District of Georgia and elsewhere, the defendant, MALIK KIELL FORTE, aided and abetted by others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away pre-retail medical products, with a value of $5,000 or greater, that is prescription drugs, in and using a means and facility of interstate and

foreign commerce, in violation of Title 18, United States Code, Section 670(a)(1) and (c)(2) and Section 2.

### Count Nine
*(Theft of Interstate Shipments by Carrier- 18 U.S.C. § 659)*

22. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

23. On or about October 15, 2021, in the Northern District of Georgia and elsewhere, the defendant, MALIK KIELL FORTE, aided and abetted by others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away from a vehicle, that is a 2009 Ford Econoline E-150, goods and chattels of a value in excess of $1,000, that is pharmaceutical drugs, which were a part of and constituted an interstate and foreign shipment of property, with the intent to convert them to his own use, in violation of Title 18, United States Code, Section 659 and Section 2.

### Count Ten
*(Theft of Medical Products-18 U.S.C. § 670)*

24. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

25. On or about January 4, 2022, in the Northern District of Georgia and elsewhere, the defendants, MALIK KIELL FORTE and JAQUAY JOSEPH, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away pre-retail medical products, with a value of $5,000 or greater, that is prescription drugs, in and

using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 670(a)(1) and (c)(2) and Section 2.

### Count Eleven
*(Theft of Interstate Shipments by Carrier- 18 U.S.C. § 659)*

26. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

27. On or about January 4, 2022, in the Northern District of Georgia and elsewhere, the defendants, MALIK KIELL FORTE and JAQUAY JOSEPH, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away from a Hackbarth warehouse, located at 1380 Beverage Drive, Stone Mountain, Georgia, goods and chattels of a value in excess of $1,000, that is pharmaceutical drugs, which were a part of and constituted an interstate and foreign shipment of property, with the intent to convert them to his own use, in violation of Title 18, United States Code, Section 659 and Section 2.

### Count Twelve
*(Theft of Medical Products-18 U.S.C. § 670)*

28. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

29. On or about March 4, 2022, in the Northern District of Georgia and elsewhere, the defendant, MALIK KIELL FORTE, aided and abetted by others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away pre-retail medical products, with a value of $5,000 or greater, that is prescription drugs, in and using a means and facility of interstate and

foreign commerce, in violation of Title 18, United States Code, Section 670(a)(1) and (c)(2) and Section 2.

## Count Thirteen
*(Theft of Interstate Shipments by Carrier- 18 U.S.C. § 659)*

30. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

31. On or about March 4, 2022, in the Northern District of Georgia and elsewhere, the defendant, MALIK KIELL FORTE, aided and abetted by others known and unknown to the Grand Jury, did knowingly steal and unlawfully take and carry away from a vehicle, that is a 2007 Toyota Sienna, goods and chattels of a value in excess of $1,000, that is pharmaceutical drugs, which were a part of and constituted an interstate and foreign shipment of property, with the intent to convert them to his own use, in violation of Title 18, United States Code, Section 659 and Section 2.

## Count Fourteen
*(Theft of Medical Products-18 U.S.C. § 670)*

32. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

33. On or about June 10, 2022, in the Northern District of Georgia and elsewhere, the defendants, MALIK KIELL FORTE, JAQUAY JOSEPH, and TREYVON JOSEPH aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away pre-retail medical products, with a value of $5,000 or greater, that is

prescription drugs, in and using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 670(a)(1) and (c)(2) and Section 2.

## Count Fifteen
*(Theft of Interstate Shipments by Carrier- 18 U.S.C. § 659)*

34. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

35. On or about June 10, 2022, in the Northern District of Georgia and elsewhere, the defendants, MALIK KIELL FORTE, JAQUAY JOSEPH, and TREYVON JOSEPH aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away from a vehicle, that is a Hyundai minivan, goods and chattels of a value in excess of $1,000, that is pharmaceutical drugs, which were a part of and constituted an interstate and foreign shipment of property, with the intent to convert them to his own use, in violation of Title 18, United States Code, Section 659 and Section 2.

## Count Sixteen
*(Drug Conspiracy-21 U.S.C. § 846)*

36. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

37. From in or about March 2021 and continuing through in or about June 2022, in the Northern District of Georgia and elsewhere, the defendants, MALIK KIELL FORTE, JAQUAY JOSEPH, and TREYVON JOSEPH, did knowingly and

willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and with others known and unknown to the Grand Jury to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute controlled substances, said conspiracy involving a detectable amount of hydrocodone; oxycodone; N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), morphine, amphetamine salt, methylphenidate all Schedule II controlled substances; all in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A), and 841(b)(1)(C).

### Count Seventeen
*(Possession with Intent to Distribute-21 U.S.C. § 841)*

38. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

39. Beginning on a date unknown to the Grand Jury, but at least by on or about March 2021 and continuing through in or about June 2022, in the Northern District of Georgia, the defendant, MALIK KIELL FORTE, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of at least one of the following controlled substances:

- hydrocodone, a Schedule II controlled substance;
- oxycodone, a Schedule II controlled substance;
- N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance;

- morphine, a Schedule II controlled substance;
- amphetamine salt, a Schedule II controlled substance; and
- methylphenidate, a Schedule II controlled substance,

pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### Count Eighteen
*(Possession of Firearm in Furtherance of Drug Trafficking-18 U.S.C. § 924(c))*

40. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

41. On or about June 10, 2022, in the Northern District of Georgia, the defendant, MALIK KIELL FORTE, did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a), as alleged in Count Seventeen of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### Count Nineteen
*(Possession of Firearm-18 U.S.C. § 922(g))*

42. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 through 5 of this Indictment as if fully set forth herein.

43. On or about June 10, 2022, in the Northern District of Georgia, the defendant, MALIK KIELL FORTE, knowing that he had been previously

11

convicted of at least one of the following crimes punishable by imprisonment for one year:

- Two Counts of Forgery, in or about November 2011, in the Superior Court of Baldwin County, Georgia; and
- Possession of a Schedule IV Controlled Substance, in or about October 2019, in the Superior Court of Lowndes County, Georgia,

did knowingly possess a firearm, in and affecting interstate and foreign commerce, that is one (1) Glock 29, model Gen4, 10mm firearm and 10mm ammunition, all in violation of Title 18, United States Code, Section 922(g)(1).

## Forfeiture Provision

44. Upon conviction of the offenses alleged in Counts One through Fifteen of this Indictment, the defendants, MALIK KIELL FORTE, JAQUAY JOSEPH, and TREYVON JOSEPH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real and personal, constituting or derived from proceeds traceable to said offenses, including but not limited to, the following:
    (a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, alleged in Counts One through Fifteen of this Indictment.
45. Upon conviction of the offenses alleged in Counts Sixteen and Seventeen of this Indictment, the defendant, MALIK KIELL FORTE, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any

property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said violations, including, but not limited to, the following:

(a) MONEY JUDGMENT: a sum of money in United States currency representing the amount of proceeds obtained as a result of the offenses, or conspiracy to commit the offenses, alleged in Counts Sixteen and Seventeen of this Indictment.

46. Upon conviction of the offenses alleged in Counts Eighteen and Nineteen of this Indictment, the defendant, MALIK KIELL FORTE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses.

47. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to

13

seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A _____True_____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

DASHENE A. COOPER
*Assistant United States Attorney*
Georgia Bar No. 385738

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

14